UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL COMPLAINT |
| v. | : | Mag. No. 19-5002 (TJB) |
| DERRICK T. BECKETT | : | |

I, Brian McCaffery, being duly sworn, state that the following is true and correct to the best of my knowledge and belief. On or about the dates set forth in Attachment A to this complaint, in the District of New Jersey and elsewhere:

SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

BRIAN MCCAFFERY
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE
JANUARY 15, 2019
TRENTON, NEW JERSEY

HON. TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

RECEIVED

JAN 15 2019

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## ATTACHMENT A
(Hobbs Act Robbery)

On or about February 27, 2018, in Mercer County, in the District of New Jersey, and elsewhere, the defendant,

**DERRICK T. BECKETT,**

obstructed, delayed, and affected commerce or the movement of any article or commodity in commerce, by robbery or extortion, and attempted or conspired so to do, and committed or threatened physical violence to persons or property in furtherance of a plan or purpose so to do,

in violation of Title 18, United States Code, Sections 1951(a) and 2.

ATTACHMENT B

I, Brian McCaffery, have been a Special Agent with the Federal Bureau of Investigation ("FBI") since 2009. The information contained in this complaint is based on my personal knowledge and on information obtained from other sources, including statements made or reported by various witnesses with knowledge of relevant facts and my review of documents and evidence obtained through court orders, subpoenas, and other sources. Because this complaint is submitted for the limited purpose of establishing probable cause, it does not include every fact that I have learned during the course of the investigation. Where the contents of documents and the actions, statements, and conversations of individuals are recounted herein, they are recounted in sum and substance and in part, and the statements set forth herein are based on preliminary summaries and quotations of those communications.

1. On or about February 27, 2018, officers of the Trenton Police Department responded to a report of an armed robbery in progress at the Pioneer Gas Station located at 700 Lalor Street, Trenton, New Jersey (the "Station"). Two victims were present at the scene. In sum and substance, the victims reported that an African American male, subsequently identified as DERRICK T. BECKETT, traveling on foot, approached the first victim outside of the Station, pointed what appeared to be a handgun at the first victim and demanded money. The first victim handed BECKETT the money on his person, at which time BECKETT entered the convenience store located at the Station. Inside the convenience store, BECKETT pointed what appeared to be a handgun at the second victim, who was standing behind the store's cash register, and demanded that the second victim open the register's drawer. The second victim opened the register, removed an amount of money from the drawer, and handed the money to BECKETT. BECKETT then fled the area on foot.

2. The Station's convenience store was equipped with video surveillance, and law enforcement officers responding to the robbery reviewed the surveillance video. The video depicted an African American male, later identified as BECKETT, wearing neither a mask nor gloves, carrying what appeared to be a handgun and pointing it at the second victim behind the register. During the course of the robbery, the video depicts BECKETT placing his left hand on the store's Plexiglas countertop and grabbing or touching an area near the doorframe of the store's entrance.

3. Law enforcement processed the countertop and door frame area for fingerprints and recovered latent prints from both surfaces. Preliminary analysis of at least one of the fingerprints recovered from the Station's convenience store came back as a potential match to BECKETT. A search of a

law enforcement database for BECKETT's name returned, among other things, a photograph of BECKETT showing strong resemblance to the image of BECKETT in the surveillance video.

4. On or about February 28, 2018, law enforcement officers executing unrelated warrants took BECKETT into custody at his residence in Trenton, New Jersey. BECKETT granted consent to search the premises and law enforcement recovered, among other things, several articles of clothing and a black semi-automatic-handgun-style BB gun appearing to match the appearance of items possessed by BECKETT in the surveillance video.

5. After being taken into custody, BECKETT provided a statement to law enforcement in which he admitted to robbing the Station on or about February 27, 2018, as well as to committing ten other robberies. Additional investigation revealed significant physical and eyewitness evidence linking BECKETT to all eleven robberies.